IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DONALD MARSHALL,<br><br>Petitioner<br><br>v.<br><br>ROBERT L. RAIGER, Warden of<br>Lebanon County Correctional<br>Facility<br><br>Respondent | Civil No. 1:CV-01-0949<br><br>FILED<br>HARRISBURG, PA<br><br>JUN 05 2001<br><br>MARY E. D'ANDREA, CLERK<br>Per _____ Deputy Clerk |

### ORDER

**IT IS HEREBY ORDERED THAT:**

1) Respondent shall show cause within twenty (20) days of the date of this order why Petitioner should not be granted habeas corpus relief;

2) A determination as to whether or not Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response;

3) Petitioner shall, if he so desires, file a reply to the response to the show-cause order within fifteen (15) days of its filing; and

4) Petitioner's custody shall not be transferred to another facility, and Petitioner, if he remains in custody, shall remain at the Lebanon County Correctional Facility pending the disposition of his petition for habeas corpus.

SYLVIA H. RAMBO
United States District Judge

Dated: June 5, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 5, 2001

Re: 1:01-cv-00949    Marshall v. Raiger

True and correct copies of the attached were mailed by the clerk to the following:

William Donald Marshall
CTY-LEB
Lebanon County Prison
730 E. Walnut Street
Lebanon, PA  17042

```
cc:
Judge                          (X )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )               ( ) INS
U.S. Marshal                   ( )               ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            (X ) with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen  ( )
                                        DA of County  (X )  Respondents  (X )

Bankruptcy Court               ( )
Other_____   ( )
```

MARY E. D'ANDREA, Clerk

DATE: June 5th, 2001                                    BY: /s/ *signature*
                                                            Deputy Clerk



