# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DONALD MARSHALL, | CIVIL NO. 1:CV-01-0949 |
| Petitioner | |
| v. | FILED |
| | HARRISBURG, PA |
| ROBERT L. RAIGER, | |
| Warden of Lebanon County | JUN 06 2001 |
| Correctional Facility, | |
| | MARY E. D'ANDREA, CLERK |
| | Per _____ Deputy Clerk |
| Respondent | |

## ORDER

Before the court is Petitioner's motion for an emergency protective order. Petitioner seeks to have his extradition from the Commonwealth of Pennsylvania to the Commonwealth of Virginia stayed pending the outcome of his petition for habeas corpus which is presently before the court. On June 5, 2001, this court issued an order to show cause, requiring respondent to show cause why Petitioner's habeas petition should not be granted. The June 5, 2001 order also stated that Petitioner was not to be transferred from Lebanon County Correctional Facility pending the outcome of his habeas petition. Accordingly, the court has disposed of the issue raised by Petitioner in the instant motion, and **IT IS HEREBY ORDERED THAT** Petitioner's motion for an emergency protective order is deemed **MOOT.**

SYLVIA H. RAMBO
United States District Judge

Dated: June 6, 2001

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                             June 6, 2001


    Re: 1:01-cv-00949    Marshall v. Raiger



    True and correct copies of the attached were mailed by the clerk
    to the following:


       William Donald Marshall
       CTY-LEB
       Lebanon County Prison
       730 E. Walnut Street
       Lebanon, PA  17042

       DA of Lebanon County
       11 Courthouse
       400 South 8th Street
       Lebanon, PA  17042        Fax No.: (717) 274-8094




cc:
Judge                           (X)              ( ) Pro Se Law Clerk
Magistrate Judge                ( )              ( ) INS
U.S. Marshal                    ( )              ( ) Jury Clerk
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to: US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
                                                 MARY E. D'ANDREA, Clerk
```

6-6-01