## First Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DA of Lebanon County
   Bradford Charles
   11 Courthouse
   400 South 8th Street
   Lebanon, PA. 17042

2. Article Number (Copy from service label)
   7000 0520 0023 0166 3746

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 6-6-01
C. Signature: X Edwin C. Mill — Agent / Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

## Second Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert Raiger
   Warden Lebanon County
   Correctional Facility
   730 East Walnut Street
   Lebanon, PA. 17042

2. Article Number (Copy from service label)

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Sgt Breidenstine
B. Date of Delivery: 6/6/0[1]
C. Signature: X Sgt Breidenstine — Agent / Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

FILED
HARRISBURG, PA
JUN 13 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

1-01-cv-949
Show Cause
order