IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM DONALD MARSHALL,** | : | Civil No. 1:CV-01-0949 |
| Petitioner | : | |
| v. | : | **FILED** <br> HARRISBURG, PA |
| **ROBERT L. RAIGER,** <br> **Warden of Lebanon County** <br> **Correctional Facility** | : | JUN 1 4 2001 <br> MARY E. D'ANDREA, CLERK <br> Per _____ Deputy Clerk |
| Respondent | : | |

### ORDER

Before the court is Petitioner's motion for an extension of time to file an answer to Respondent's reply to the court's order to show cause dated June 5, 2001. Upon consideration of Petitioner's motion, **IT IS HEREBY ORDERED THAT** Petitioner's motion is **GRANTED.** Petitioner shall file his response on or before July 11, 2001. The court will not entertain any further motions for extension of time from Petitioner.

SYLVIA H. RAMBO
United States District Judge

Dated: June  14, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 14, 2001

Re: 1:01-cv-00949    Marshall v. Raiger

True and correct copies of the attached were mailed by the clerk to the following:

William Donald Marshall
Lebanon County Prison
730 E. Walnut Street
Lebanon, PA  17042

David J. Arnold Jr., Esq.
and the DA of Lebanon County
11 Courthouse
400 South 8th Street
Lebanon, PA  17042        Fax No.: (717) 274-8094

```
cc:
Judge                         (X)              ( ) Pro Se Law Clerk
Magistrate Judge              ( )              ( ) INS
U.S. Marshal                  ( )              ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )    PA Atty Gen ( )
                                        DA of County  ( )    Respondents ( )
Bankruptcy Court              ( )
Other_____      ( )
                                                MARY E. D'ANDREA, Clerk
```

6/14/01