ORIGINAL

# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED HARRISBURG, PA
JUN 28 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

WILLIAM DONALD MARSHALL,
    PETITIONER,   Civil # 1:CV-01-0949

vs.

                            J Rambo
                            MOTION FOR
ROBERT L. RAIGER,     COURT TO SUSTAIN
    RESPONDENT,   ORDER OF JUNE 14, 2001

By Order of this Honorable Court dated June 14, 2001 Petitioner's Motion for Extension of Time to Answer Respondent's Reply was granted affording Petitioner until July 11, 2001 with which to file his answer to Respondent's reply, and Petitioner will so comply with this Court's Order on or before said date.

Petitioner finds vital need to file this instant

2

Motion in view that as asserted in Petitioner's 'Petition for Writ of Habeas Corpus on page 4 paragraph 6 petition has learned from Respondent's Agent Travis L. Sounders, County Dective for the Lebanon County District Attorney's Office that suggest by his office sending copy of Governor's warrant served upon Petitioner this date, to this Honorable Court in effort to seek a dismissal of Petitioner case before this Court before he has had opportunity to timely file his reply on or before June 11, 2001 as the Court granted. A dismissal would not only preclude Petioner from fairly being heard of factual issues that will prove by testimony of Lebanon County Public Defender Scott Stein

3

on recently assigned to petitioner's case in state court after numerous statutory rights were violated in course of attempting to extradite petitioner without any timely pretransfer hearing. Evidence to this claim will be submitted in petitioner's reply due July 11, 2001.

Petitioner too has learned by Detective Sounders that acquiring this courts early dismissal prior to petitioner's filing of reply by July 11, 2001 would too cause this Court's Order of June 5, 2001 at paragraph '4' to be lifted allowing swift removal of petitioner to Va. authorities even prior also to seeking any state or federal appeals as matter of right.

4

In the event this Honorable Court would dismiss petitioner's petition prior or subsequent to July 11, 2001, in order to preserve and protect petitioner's right to appeal, petitioner respectfully seeks in the Court's final order, that paragraph 4 of this Court's Order dated June 5, 2001, remains in effect while petitioner seeks appellate review, respectfully.

Respectfully submitted,

William Donald Marshall
Petitioner, Pro Se.

Dated this 26th day of June, 2001.