**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM DONALD MARSHALL, Petitioner | : : : | CIVIL NO. 1:CV-01-0949 |
| | : | (Judge Rambo) |
| vs. | : : | |
| ROBERT L. RAIGER, Warden of Lebanon County Correctional Facility | : : : | |
| Respondent | : | |

FILED
HARRISBURG
JUL - 2 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

**RESPONDENT'S SECOND ANSWER TO PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS**

AND NOW, come the Respondents, by and through the Office of the District Attorney of Lebanon County and presents the following Second Answer to Petitioner's Petition for Writ of Habeas Corpus:

1. The Respondent fully incorporates its original Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus into this Answer as if it were set forth at length.

2. Respondent has received the Governor's Warrant for the Petitioner. The Warrant was signed by Governor Ridge on June 22, 2001 and received by the Respondent on June 26, 2001. The Warrant was served on the Petitioner on June 26, 2001. A copy of the Governor's Warrant and related documentation is attached as Exhibit No. 1.

3. While the Petitioner is currently challenging extradition in the state court, Respondent is also precluded form extraditing Petitioner until this

Honorable Court disposes of Petitioner's Petition for Writ of Habeas Corpus.

WHEREFORE, the Respondent respectfully requests This Honorable Court deny Petitioner's petition for Writ of Habeas Corpus.

Respectfully submitted,

David J. Arnold
Deputy District Attorney
Attorney for Respondent
PA ID No. 78478
Room 11, Municipal Bldg.
400 S. 8th Street
Lebanon, PA 17042
(717) 274-2801, ext. 2360


cc:   William Marshall, Lebanon Co. Prison
      Scott Stein, Esq.

# Commonwealth of Pennsylvania



### GOVERNOR'S WARRANT

To any Sheriff, Coroner, or any other Peace Officer in the Commonwealth of Pennsylvania:

Greeting:

**WHEREAS**, It has been represented to me by the Governor of the Commonwealth of **Virginia** that **WILLIAM DONALD MARSHALL** stands **charged with** the crime(s) of **Obtain by False Pretense or Token, Property Valued at $200 or More, with the Intent to Defraud, Property of Jaxons, Obtain by False Pretense or Token, Property Valued at $200 or More, with the Intent to Defraud, Property of Jaxons, Obtain by False Pretense or Token, Property Valued at $200 or More, with the Intent to Defraud, Property of Radio Shack,** and is a fugitive from justice of the State and has taken refuge in the Commonwealth of Pennsylvania; and the said Governor of said State having, in pursuance of the Constitution and Laws of the United States, requested that I shall cause the arrest and delivery of the subject to **Special Agent James A. Alexander and Special Agent Bennell W. Powers and/or designated agent(s)** who are duly authorized to receive the subject unto their custody and convey the subject back to said State.

**THEREFORE**, You are hereby commanded, in the name of the Commonwealth of Pennsylvania, immediately to take into your custody under this warrant the said **WILLIAM DONALD MARSHALL** and to command the aid of all peace officers in the execution hereof, and to deliver the subject to the above-named agent(s) to be by them conveyed to said State, there to be dealt with according to law.

**HOWEVER**, Authority is hereby granted to any Pennsylvania law enforcement, corrections or prosecuting official(s) the right to dispose of all charges pending in the Commonwealth of Pennsylvania prior to serving this warrant and/or transferring the fugitive from Pennsylvania to said State.

**IN WITNESS WHEREOF**, I have hereunto signed my name and affixed the Great Seal of the State of Pennsylvania at the Capitol, in the City of Harrisburg, this 27th day of June, in the year of our Lord two thousand and one.

_____
Governor

By the Governor:

_____
Secretary of the Commonwealth

NB - The attached Return and Receipt must be duly and fully executed and this Warrant returned to the Office of General Counsel of the Commonwealth in Harrisburg, Pennsylvania.


Governor's Warrant for: **WILLIAM DONALD MARSHALL**, page 2

## RETURN TO GOVERNOR'S WARRANT

Commonwealth of Pennsylvania, County of _____ ss.

I, _____ _____,
an officer entrusted with the execution of the within warrant, do hereby make the following return thereto: On the _____ day of _____, A.D. 20__, I caused the arrest of the fugitive named therein.

Thereafter I informed the fugitive of the demand for his/her surrender; of the crime(s) charged; of his/her right to demand legal counsel and to apply for a writ of habeas corpus.

The fugitive did ____ sign a waiver of extradition, which is attached hereto.

The fugitive did ____ demand legal counsel.

A writ of habeas corpus was ____ applied for by the fugitive at _____, in _____;
(Name of Court)
the fugitive _____ discharged by said court.

(Insert below information)

Subsequently and on the _____ day of _____, 20__. said fugitive was delivered to the agent(s) named in the attached warrant, whose receipt is annexed hereto and made part of this return.

_____

Dated this _____ day of _____, 20__.

## AGENT'S RECEIPT

Commonwealth of Pennsylvania, County of _____ ss.

I/We, the agent(s) of the State of _____ named in the attached warrant do hereby acknowledge the delivery this _____ day of _____, 20__ by _____, an officer entrusted with the execution of the said warrant, the said _____
fugitive from justice of said State.

_____

_____

Dated this _____ day of _____, 20___

# Commonwealth of Virginia

## THE
## GOVERNOR
### OF VIRGINIA

To all to whom these Presents shall come: Know Ye,

That I have authorized and empowered, and by these Presents do authorize and empower,

*Special Agent James A. Alexander and Special Agent Bennell W. Powers*

to take and receive from the proper authorities of

*The State of Pennsylvania*

*William Donald Marshall*,

fugitive from justice, and convey ~~him~~ to the ~~County of Accomack~~,

in the Commonwealth of Virginia, there to be dealt with according to Law.



In Witness Whereof I have hereunto signed my name and affixed the Lesser Seal of the Commonwealth, at the Capitol in the City of Richmond, this __twelfth__ day of __June__ in the year of our Lord, ~~one thousand nine hundred and~~ 2001 and in the ~~225th~~ year of the Commonwealth.

By the Governor, *James S. Gilmore*

*Anne P. Petera*
Secretary of the Commonwealth.



# COMMONWEALTH of VIRGINIA

*The Governor of Virginia,*

To the Governor of the State of **Pennsylvania**:

 Whereas, It appears by the application for requisition and copies of **Affidavit, Warrant, etc.** which are hereunto annexed and which I certify to be authentic and duly authenticated in accordance with the laws of this State that **William Donald Marshall** stands charged with the crime(s) of **Obtain by False Pretense or Token, Property Valued at $200 or More, with Intent to Defraud, Property of Jaxons; Obtain by False Pretense or Token, Property Valued at $200 or More with the Intent to Defraud, Property of Jaxons; and Obtain by False Pretense or Token, Property Valued at $200 or More, with the Intent to Defraud, Property of Radio Shack** which I certify to be a crime(s) under the Laws of this State committed in the **County of Accomack** in this State, and it has been represented to and satisfactorily shown to me that the accused was present in the State of **Virginia** at the time of the commission of said crime and thereafter fled from the justice of this State and may have taken refuge in the State of **Pennsylvania**.

 Now Therefore, pursuant to the provision of the Constitution and the Laws of the United States in such case made and provided, I do hereby respectfully demand that the said **William Donald Marshall** be apprehended and delivered to **Special Agent James A. Alexander and Special Agent Bennell W. Powers** and/or his/her authorized agent who is/are hereby authorized to receive and convey him to the State of **Virginia,** there to be dealt with according to Law.

 In Witness Whereof, I have hereunto signed my name and affixed the Great Seal of the Commonwealth at the Capitol in the City of Richmond, this **twelfth** day of **June** in the year of our Lord, two thousand and one and in the two hundred and twenty-fifth year of the Commonwealth.

                   *James S. Gilmore*
                   Governor of Virginia

By the Governor *Anne P. Petera*
        Secretary of the Commonwealth

**COMMONWEALTH OF VIRGINIA,
COUNTY OF ACCOMACK, to-wit:**

**TO HIS EXCELLENCY, THE GOVERNOR OF VIRGINIA:**

I, Gary R. Agar, Commonwealth's Attorney for the County of Accomack in the State of Virginia do hereby respectfully request a requisition for the return of WILLIAM DONALD MARSHALL, date of birth 11/23/39, who is now in the Lebanon County Prison at 730 E. Walnut Street, Lebanon, Pennsylvania 17042, and who is charged with three (3) felonies, to wit: (1) on or about 9/11/99, obtain by false pretense or token, property valued at two hundred dollars or more, with the intent to defraud, property of Jaxons, (2) on or about 10/02/99, obtain by false pretense or token, property valued at two hundred dollars or more, with the intent to defraud, property of Jaxons, (3) on or about 10/30/99, obtain by false pretense or token, property valued at two hundred dollars or more, with the intent to defraud, property of Radio Shack, all three (3) such felonies having occurred in the County of Accomack, Virginia, and are violations of §18.2-178, Code of Virginia, 1950, as amended, and the said William Donald Marshall is also charged with being a fugitive from justice, and that you empower SSA James A. Alexander and SSA Bennell W. Powers, of the Department of Virginia State Police, as authorized agents to receive and return WILLIAM DONALD MARSHALL to the Commonwealth of Virginia.

In support of said application, I do hereby certify that:

(1) The full name of the fugitive for whom extradition is asked is WILLIAM DONALD MARSHALL and that he was in the State of Virginia at the time of the commission of said crimes;

(2) In my opinion, the ends of public justice require that the said fugitive be brought to this State for a trial, at the public expense;

(3) In my opinion, I have sufficient evidence to secure a conviction of said fugitive;

(4) The name of the agents proposed to receive and return to Virginia the said fugitive are SSA James A. Alexander and SSA Bennell W. Powers of the

Department of Virginia State Police and the proposed agents are proper persons and have no private interest in the arrest of said fugitive;

(5) No other application has been made for a requisition for the said fugitive growing out of the same transactions herein alleged;

(6) The said fugitive has no other charges pending in the State of Pennsylvania;

(7) This application is not made for the purpose of enforcing the collection of a debt, or for removing the alleged fugitive to a foreign jurisdiction with a view there to serve him with civil process, or for any private purposes whatsoever, and if the requisition applied for be granted, the criminal proceedings shall not be used for any of the said purposes or objects;

(8) The nature of the offenses with which said fugitive is charged are (1) on or about 9/11/99, obtain by false pretense or token, property valued at two hundred dollars or more, with the intent to defraud, property of Jaxons, (2) on or about 10/02/99, obtain by false pretense or token, property valued at two hundred dollars or more, with the intent to defraud, property of Jaxons, (3) on or about 10/30/99, obtain by false pretense or token, property valued at two hundred dollars or more, with the intent to defraud, property of Radio Shack.

(9) There has been no delay in making this application; and

(10) the said fugitive has been arrested and is in custody in the State of Pennsylvania for the crimes herein alleged to have been committed by him, according to the information furnished by Lebanon County Detective Office Detective Travis Sanders (717-274-2801), Lebanon Pennsylvania, and has refused to waive extradition.

Respectfully Submitted this 31st day of May, 2001.

_____
Gary R. Agar, Commonwealth's Attorney for the
County of Accomack, Virginia

**COMMONWEALTH OF VIRGINIA,**
**COUNTY OF ACCOMACK-to-wit:**

I, Samuel H. Cooper, Jr., Clerk of the Circuit Court for the County of Accomack, in the State of Virginia, do hereby certify that Gary R. Agar, whose genuine signature is affixed to the foregoing request for requisition of William Donald Marshall, is, and was at the time of signing of same, the Commonwealth's Attorney for the County of Accomack, State of Virginia.

I further certify that the aforesaid Commonwealth's Attorney appeared before me this day, and after first being duly sworn, stated that the facts contained in the foregoing petition were true to the best of his knowledge and belief.

In testimony whereof, I have hereunto set my hand and affixed my seal of the said Court at my Office, on this __4th__ day of June, 2001.

_____
SAMUEL H. COOPER, JR., CLERK
Circuit Court for the County of Accomack

[SEAL OF THE COURT]

**COMMONWEALTH OF VIRGINIA,**
**COUNTY OF ACCOMACK-to-wit:**

I, Glen A. Tyler, Judge of the Circuit Court of the County of Accomack, in the State of Virginia, do hereby certify that Samuel H. Cooper, Jr., whose name is signed to the foregoing certificate, is, and was at the time of signing the same, Clerk of the said Court, duly qualified, that his attestation is in due form of law, and that his signature is genuine.

Given under my hand this __4th__ day of June, 2001.

_____
GLEN A. TYLER, JUDGE
Circuit Court for the County of Accomack

COMMONWEALTH OF VIRGINIA,
COUNTY OF ACCOMACK-to-wit:

I, Samuel H. Cooper, Jr., Clerk of the Circuit Court of the County of Accomack, in the State of Virginia, do hereby certify that Glen A. Tyler, whose genuine signature is affixed to the foregoing certificate, is, and was at the time of signing the same, Judge of the said Court, and duly qualified.

In testimony whereof, I have hereunto set my hand and affixed the seal of the said Court at my office, this 4th day of June, 2001.

*Samuel H. Cooper, Jr.*
SAMUEL H. COOPER, JR., CLERK
Circuit Court for the County of Accomack



[SEAL OF THE COURT]

# CERTIFICATION OF OFFICIAL RECORD

Case No. ......................
Va. Code §§8..01-389 & 8.01-391;
U.S. Const. art. IV, Sec. 1;
28 U.S.C. § 1738

..................... ACCOMACK COUNTY ................................. Virginia, Circuit Court

**Clerk's Attestation**

I, the Clerk of this Court, attest that the annexed

.................. AFFIDAVIT OF VIRGINIA STATE TROOPER R. S. MORRIS ..............
DESCRIPTION OF ORIGINAL RECORD OR COPY

..................................................................................................

..................................................................................................

☒ is an official record of this Court in my custody.

☐ is a true, correct and complete copy of an official record of this Court in my custody and I am the custodian of that record. The annexed copy has been examined and compared with the original.

Given under my hand the seal of this Court on

......6/4/01.............. _[signature]_ _____, Clerk
DATE
(Seal) ......SAMUEL H. COOOPER, JR............................
TYPED NAME OF CLERK

**Judge's Certification**

I, (☒) (the) Judge of this Court, certify that the above attestation of the duly qualified Clerk of this Court, is in proper form, and that the signature thereto is genuine.

......6/4/01.............. _[signature]_ _____, Judge
DATE
.........GLEN A. TYLER............................
TYPED NAME OF JUDGE

---

**Clerks of Virginia Courts:** When an original record or copy of a record is transmitted to another Va. court, only the clerk's attestation is required. When either an original record or copy is transmitted to a court outside Virginia, both the clerk's attestation and the judge's certification are required.

**Clerks of Other Courts:** The above attestation, the affixing of the Court's seal, and the certificate meet the requirements of 28 U.S.C. § 1738, entitling the record so attested and certified to full faith and credit.

FORM CC-1630 1/91 (114:6-010 3/98)

COMMONWEALTH OF VIRGINIA,
COUNTY OF ACCOMACK-to-wit:

This day, Virginia State Trooper R.S. Morris appeared before Magistrate Betty S. Wood for the County of Accomack, Virginia, and after first being duly sworn, stated that:

Your affiant is a Trooper with the Virginia State Police and investigated several complaints involving William Donald Marshall, born 11/23/39, where specifically (1) on or about 9/11/99, William Donald Marshall obtained from Jaxons Hardware Store, in Parksley, Accomack County, Virgina material valued at two hundred dollars or more, upon representations that he had been granted credit by permission of the store owner, this being untrue, and furthermore, (2) on or about 10/02/99, William Donald Marshall once again returned to Jaxons Hardware Store, Parksley, Accomack County, Virginia, and obtained materials valued at two hundred dollars upon the same representation, that said credit had been granted to him when it had, in fact, not been granted to him, and furthermore, (3) on or about 10/30/99, William Donald Marshall did obtain property valued at two hundred dollars or more, from the Radio Shack in Onley, Accomack County, Virginia, upon the representation that authorized purchase orders were issued by the defendant's company, when in fact there was no company authorizing this defendant to make any purchases nor orders.

That on February 8, 2000, Betty S. Wood, Accomack County Magistrate found probable cause and issued three (3) felony warrants against the defendant for obtaining by false pretense or token property taken from Jaxons Hardware Store and from Radio Shack as set forth above, all in the County of Accomack, Virginia, and all such offenses are defined and punishment therefore prescribed by Sections 18.2-178, of the Code of Virginia (1950) as amended.

Trooper R.S. Morris
Virginia State Police
Melfa, Virginia
(757)787-5813

Subscribed and sworn to before me, Magistrate for the County of Accomack, State of Virginia, on this ___3/ st.___ day of May, 2001.

*Betty S. Wood*
Betty S. Wood, Magistrate
County of Accomack
Accomac, Virginia 23301
757-787-5957

# WARRANT OF ARREST - FELONY

VA. CODE §§ 19.2-71, -72

**Accomack**
CITY OR COUNTY

General District Court [X] Original [ ] Criminal [ ] Traffic
[ ] Juvenile and Domestic Relations District Court

CASE NO. _____

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **09/11/1999** DATE, did unlawfully and feloniously in violation of Section

**18.2-178** _____ Code of Virginia:

obtain by false pretense or token, property valued at $200.00 or more with the intent to defraud. (**PROPERTY OF JAXONS**)

.......... , Complainant.

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**TROOPER R. S. MORRIS** . VSP

**02/08/2000** And Issued at **11:19 AM**

CCRE is Required

_signature_
CLERK / MAGISTRATE / JUDGE
**Betty S. Wood, Magistrate**

FORM DC-312 3/94 PC (114-GUD 1/97)

---

ACCUSED:
**MARSHALL, WILLIAM DONALD**
ADDRESS OF ACCUSED
P. O. BOX 578
ONANCOCK, VA. 23417

AKA: **WILLIE MARSHALL**

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO. | DAY | YR. | FT. | IN. | WGT. | EYES | HAIR |
|------|-----|----------|-----|-----|-----|-----|------|------|------|
| W | M | 11 | 23 | 39 | 5 | 08 | 165 | BL | GY |

SSN **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**

## Commonwealth of Virginia
### WARRANT OF ARREST
### FELONY

[ ] EXECUTED by delivering a copy to the Accused named above on this day:

.......... DATE AND TIME OF SERVICE
.......... ARRESTING OFFICER
.......... BADGE NO., AGENCY AND JURISDICTION

for ..........
.......... SHERIFF

Attorney for the Accused: ..........

HEARING DATE AND TIME

**WARRANT OF ARREST – FELONY**

VA. CODE §§ 19.2-71, -72

Commonwealth of Virginia
**WARRANT OF ARREST**
FELONY

CASE NO. _____

**ACCUSED:** MARSHALL, WILLIAM RONALD
LAST NAME, FIRST NAME, MIDDLE NAME
P. O. BOX 578
ADDRESS/LOCATION
ONANCOCK, VA. 23417

AKA: WILLIE MARSHALL

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

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN MO | DAY | YR | HT FT | IN | WGT | EYES | HAIR |
|------|-----|---------|-----|----|-------|----|----|------|------|
| W | M | 11 | 23 | 39 | 5 | 06 | 165 | BL | GY |

SSN

☐ EXECUTED by delivering a copy to the Accused named above on this day:

_____
DATE AND TIME OF SERVICE

_____
ARRESTING OFFICER

for _____

_____
BADGE NO., AGENCY AND JURISDICTION

_____
SHERIFF

Attorney for the Accused: _____

HEARING DATE AND TIME
_____

**Accomack**
CITY OR COUNTY

☒ General District Court   ☒ Criminal   ☐ Traffic
☐ Juvenile and Domestic Relations District Court

TO ANY AUTHORIZED OFFICER:
You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about **10/02/1999** did unlawfully and feloniously in violation of Section
DATE

**8.2-178**
**obtain by false pretense or token property valued at $200.00 or more with the intent to defraud. (PROPERTY OF JAXONS.)**

Code of Virginia.

The undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

**TROOPER R. S. MORRIS   VSP** ....................... Complainant.

**02/08/2000    11:17 AM**
DATE AND TIME ISSUED

☐ CLERK   ☒ MAGISTRATE   ☐ JUDGE
Betty S. Wood, Magistrate

CCRE is Required

DC-311 9/94 FC (1:14-500 3/99)

TOTAL P.09

# WARRANT OF ARREST - FELONY

VA. CODE §§ 19.2-71, 72

CASE NO. _____

**Accused** _____

CITY OR COUNTY _____

General District Court ☐  Juvenile and Domestic Relations District Court ☐  Criminal ☒  Traffic ☐

**TO ANY AUTHORIZED OFFICER:**

You are hereby commanded in the name of the Commonwealth of Virginia forthwith to arrest and bring the Accused before this Court to answer the charge that the Accused, within this city or county, on or about 10/30/1999 DATE ........................ did unlawfully and feloniously in violation of Section

**18.2-178** ....................... , Code of Virginia:

obtain by false pretense, or token, property valued at $200.00 or more with the intent to defraud. ( PROPERTY OF RADIO SHACK )

..........................................................
..........................................................
..........................................................
..........................................................

I, the undersigned, have found probable cause to believe that the Accused committed the offense charged, based on the sworn statements of

TROOPER R.S. MORRIS   VSP ................... , Complainant.

02/08/2000 AND TIME 11:23 AM

CLERK is Required

_Betty A. Wood_
CLERK/MAGISTRATE JUDGE

Betty S. Wood, Magistrate

FORM DC-312 7/94 PC (13-L-010 5/99)

---

**ACCUSED:**

MARSHALL WILLIAM RONALD FIRST MIDDLE
P. O. BOX 578 ADDRESS/LOCATION
ONANCOCK, VA. 23417

AKA: WILLIE MARSHALL

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | NO. | BORN DAY | YR. | FT. HT | IN. | WGT. | EYES | HAIR |
|------|-----|-----|----------|-----|--------|-----|------|------|------|
| W | M | 11 | 23 | 39 | 5 | 08 | 165 | BL | GY |

SSN 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

**Commonwealth of Virginia**
**WARRANT OF ARREST**
**FELONY**

☐ EXECUTED by delivering a copy to the Accused named above on this day:

.............................................
DATE AND TIME OF SERVICE

.............................................
ARRESTING OFFICER

.............................................
BADGE NO., AGENCY AND JURISDICTION

for ..........................................
SHERIFF

Attorney for the Accused: ..................

**HEARING DATE AND TIME**

03/22/2000
10:30 AM

**COMMONWEALTH OF VIRGINIA,**

**COUNTY OF ACCOMACK-to-wit:**

I, Samuel H. Cooper, Jr., Clerk of the Circuit Court for the County of Accomack, in the State of Virginia, do hereby certify that Betty S. Wood, whose genuine signature is affixed to the foregoing affidavit attached to this request for requisition is, and was at the time of signing of same, a Magistrate employed by the Commonwealth and working in the County of Accomack, State of Virginia.

Furthermore, I certify that Betty S. Wood, whose genuine signature is affixed to the foregoing three (3) warrants of arrest and attached to this request for requisition, was at the time of signing of same, a Magistrate employed by the Commonwealth and working in the County of Accomack, State of Virginia.

In testimony whereof, I have hereunto set my hand and affixed my seal of the said Court at my Office, on this 4th day of June, 2001.

_Samuel H. Cooper, Jr._
SAMUEL H. COOPER, JR., CLERK,
Circuit Court for the County of Accomack



(URT)

IN THE UNITED STATES DISTRICT COURT,
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM DONALD MARSHALL | : CIVIL NO. 1:CV-01-0949 |
| vs. | : |
| ROBERT L. RAIGER, Warden of Lebanon County Correctional Facility | : |

### CERTIFICATE OF SERVICE

DAVID J. ARNOLD, Deputy District Attorney for Lebanon County, Pennsylvania does hereby certify that he served a copy of the attached Respondent's Second Answer to Petitioner's Petition for Writ of Habeas Corpus upon the following person(s) in the manner disclosed:

| Name | Manner of Service |
|---|---|
| Scott Sein, Esquire | Interoffice mail |
| Defendant | Interoffice mail |

Date: June 29, 2001

David J. Arnold, Esquire
District Attorney
PA Attorney No. 78478