ORIGINAL

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUL 11 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

WILLIAM DONALD MARSHALL,
           PETITIONER,

vs.

ROBERT L. RAIGER,
           RESPONDENT

CASE # 1:CV-01-0949
J. Rambo

MOTION FOR BAIL
PENDING REVIEW

Comes now, William Donald Marshall, hereinafter referred to as the petitioner above named in this captioned cause of action, and who now moves for this Honorable Court's consideration in admitting him to bail or enlarged upon own recognizance as further supported by the following:

1. Petitioner is not a flight risk and thus his arres[t]

2

in the State of Pennsylvania was the result of his having already made residence here and was not for purpose of evading an alleged crime in state of Virginia that based on information perceived is the result of an unpaid debt.

2. That if bail would be set to release on own recognizance, or a reasonable amount in light of the $2,000 total value of the alleged charges in Virginia, petitioner would reside with his daughter-in-law and grandson (son pursuant to adult adoption decree under California Family Code 227p) in Shamokin, Pennsylvania

3. That in view of petitioner's age at 62, as well as condition of 'albinism' which includes legal blindness, conditions of confinement are indeed taking its toll of him

3

4. That if released on bail, petitioner is willing to comply with any bail stipulations required by the court, and will appear at all required court appearances.

Wherefore, petitioner respectfully request your Honorable Court issue an Order admitting petitioner to bail, or release on his own recognizance pursuant to 28 USC Rule 23(b)(c) of Federal Rules of Appellate Procedure, or for such other release conditions this Court deems proper and just.

Subscribed and sworn to on this 7th day of July, 2001 pursuant to 28 USC 1746.

Respectfully Submitted

William D. Marshall
Petitioner, Pro Se.