ORIGINAL

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUL 11 2001
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

WILLIAM DONALD MARSHALL,
   PETITIONER,

CASE # 1:CV-01-0949
J. Rambo

VS

MOTION TO STRIKE

ROBERT L. RAIGER,
   RESPONDENT

Comes now, Petitioner above named in the caption cause of action, and who now moves that this Honorable Court 'Strike' Respondent's Second Answer to Petitioner's Petition for Writ of Habeas Corpus for the following reasons:

1. Respondent is not authorized under federal rules or statute, nor was leave of court sought, for the

2

submission of a pleading styled 'Second Answer', and if such would be allowed to stand, then your petitioner would seek a thirty day period to afford equal and fair opportunity to submit a Second Reply.

2. Respondent by submitting a Second Answer is attempting to present exhibit as attached to his pleading that petitioner will not have time to effectively reply to in view this court required petitioner file his reply to respondenth first answer on or before July 11, 2001.

Wherfore, petitioner respectfully request that Respondenth Second Answer be stricken or if allowed afford petitioner 30 days to reply thereto.

Dated this 7d day of July, 2001.

Respectfully submitted,

William D Mandell, Pro Se