2 TO CT

ORIGINAL ⑲ 7/31/0

## IN THE
## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVIA

WILLIAM DONALD MARSHALL,
          Petitioner,

          vs.

ROBERT L. RAIGER,
          Respondent,

Case # 1:CV-01-0949

J. Rambo

MOTION FOR
RECONSIDERATION

FILED
HARRISBURG

JUL 3 0 2001

MARY E. D_____ CLERK
Per _____
          DEPUTY CLERK

Comes now, petitioner who respectfully request this

court to reconsider its Order of July 18, 2001 in

view of the attached supportive Petition for Writ of

Habeas Corpus made apart thereof this motion.

                    Respectfully submitted,

Dated this 26th day of
July, 2001.

                    William Donald Marshall
                    Petitioner, Pro Se