**ORIGINAL**

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

William Donald Marshall

~~(Plaintiff)~~ PETITIONER

Case #1:CV-01-0949

v.

Robert L. Raiger

~~(Defendant)~~ RESPONDENT

AFFIDAVIT/DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

FILED AUG 0 2 2001 PER_____ HARRISBURG, PA DEPUTY CLERK

I, _William Donald Marshall_, certify that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress.

I further state that the responses which I have made to questions and instructions below are true and correct.

1. Are you presently employed?    Yes _____    No _X_

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _Legally blind, not employable_

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?    Yes ___  No _X_

   b. Rent payments, interest or dividends?    Yes ___  No _X_

   c. Pensions, annuities or life insurance payments?    Yes ___  No _X_

   d. Gifts or inheritances?    Yes ___  No _X_

   e. Any other sources?    Yes ___  No _X_

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

_____

3. Do you own any cash, or do you have money in a checking or savings account? Yes ____ No _X_ (Include any funds in prison accounts.)

If the answer is yes, state the amount of cash or the present balance in any account.

_____

_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing? Yes ____ No _X_

If the answer is yes, describe the property and state its approximate value. _____

_____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

_____ nonl _____

_____

I understand that a false statement or answer to any questions in this affidavit/ unsworn declaration will subject me to penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _July 30, 2001_
                      Date

_William Donald Marshall_
Signature of Plaintiff