OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Marcia M. Waldron
Clerk

21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

Telephone
267-299-4929

pacer.ca3.uscourts.gov

July 31, 2001

NOTICE OF DOCKETING OF APPEAL

FILED
HARRISBURG

AUG 0 3 2001

MARY E. D'ANDREA, CLE
Per_____
DEPUTY CLERK

Marshall v. Raiger

No(s): 01-cv-00949

(Honorable Sylvia H. Rambo)

An appeal by **William Donald Marshall**   was filed in the
above-captioned case on 7/24/01, and docketed in this Court on 7/31/01,
at No. **01-2992**.


Kindly use the Appeals Docket No. **01-2992** when sending documents
in this matter to the Court of Appeals or requesting information
regarding this case.

Marcia M. Waldron
Clerk